UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------X

MAHMOUD H. ISSA,

                Plaintiff,

-against-

MAGIC STEP, INC. d/b/a MAGIC SNEAKER,
MAGIC SNEAKER INC. d/b/a MAGIC SNEAKER,
ALBERT SHAIA, ELI SHAIA, and
SALIM SALAMA,

                Defendants.

------------------------------------------------------------X

Case No. 17-CV-3705
(ES) (JAD)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the above-captioned matter is hereby dismissed, with prejudice, and without costs to either party.

Dated: New York, New York
         September 7, 2018

| | |
|---|---|
| CILENTI & COOPER, PLLC<br>Attorneys for Plaintiff<br>708 Third Aveneue – 6th Floor<br>New York, New York 10017<br>(212) 209-3933<br><br>_____<br>Justin Cilenti | MKC LAW GROUP LLC<br>Attorneys for Defendants<br>2 Executive Drive, Suite 720<br>Fort Lee, New Jersey 07024<br>(201) 947-5200<br><br>_____<br>Michael K. Chong, Esq. |

So Ordered

_____
Hon. Esther Salas, U.S.D.J.

Dated: **9/10/2018**